ACCEPTED
03-14-00635-CV
4323752
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/2/2015 1:33:41 AM
JEFFREY D. KYLE
CLERK

No. 03-14-00635-CV

IN THE THIRD COURT OF APPEALS OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/2/2015 1:33:41 AM
JEFFREY D. KYLE
Clerk

MICHAEL LEONARD GOEBEL AND ALL OTHER OCCUPANTS OF
207 CAZADOR DRIVE, SAN MARCOS, TEXAS 78666,

*Appellants*,

v.

SHARON PETERS REAL ESTATE, INC.,

*Appellee*.

ON APPEAL FROM THE COUNTY COURT AT LAW, HAYS COUNTY, TEXAS
TRIAL COURT CAUSE NO. 14-0385-C

APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
BRIEF ON THE MERITS

Dr. J. Hyde
Texas Bar No. 24027083
THE J. HYDE LAW OFFICE, PLLC
111 E. 17th Street #12015
Austin, TX 78711
Telephone: (512) 200-4080
Fax: (512) 582-8295
E-mail: jhyde@jhydelaw.com

*Counsel for Appellee*

No. 03-14-00635-CV
_____

**IN THE THIRD COURT OF APPEALS OF TEXAS**
_____

MICHAEL LEONARD GOEBEL AND ALL OTHER OCCUPANTS OF
207 CAZADOR DRIVE, SAN MARCOS, TEXAS 78666,

*Appellants*,

v.

SHARON PETERS REAL ESTATE, INC.,

*Appellee*.
_____

ON APPEAL FROM THE COUNTY COURT AT LAW, HAYS COUNTY, TEXAS
TRIAL COURT CAUSE NO. 14-0385-C
_____

**APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
BRIEF ON THE MERITS**
_____

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellee Sharon Peters Real Estate, Inc., ("Peters") by and through undersigned counsel, respectfully moves for an extension of time to file its Brief on the Merits, and in support thereof states as follows:

1. This case involves the appeal of a final judgment in a forcible detainer action granting Peters immediate possession of the real property located at 207 Cazador Drive, San Marcos, Texas 78666 (Property). Appellant Michael Goebel filed his Brief on the Merits on 23 February 2015. Appellee's Brief is currently due on 25 March 2015.

2

2.    Contemporaneously with this motion, Peters has filed a motion to dismiss this appeal as moot on the grounds that Appellant is not currently in possession of the property and has no claim of right to current possession.

3.    If the Court grants Peters' motion to dismiss, it would obviate the need for Peters to file a full brief on the merits.  Accordingly, in the interest of efficiency and avoiding unnecessary costs and fees, Peters respectfully requests an extension of time to file its brief while the motion to dismiss is pending.  Peters specifically requests that the Court tie the briefing deadline to the date the Court rules on the motion to dismiss, such that no brief will be required if the Court grants the motion, and if the Court denies the motion the brief will be due thirty days from the date of that order.

4.    In the alternative, Peters respectfully requests that the deadline to file Appellee's Brief be extended for thirty days, until 24 April 2015.  The undersigned is a solo practitioner and has several hearings in various courts over the next three weeks. Peters seeks an extension to ensure the quality of its brief.

5.    Peters does not seek an extension for the purposes of delay, but does so for good cause for the reasons expressed herein.

WHEREFORE, Peters respectfully requests that the Court GRANT this motion and (1) extend the deadline to file Appellee's Brief while Appellee's motion to dismiss the appeal as moot is pending, such that the brief need not be filed if the Court grants the motion and, if the Court denies the motion, the brief must be filed thirty days from the

date the motion is denied; or, alternatively, (2) extend the deadline to file Appellee's Brief until 24 April 2015.

Respectfully Submitted,

*/s/ J. Hyde*

_____
Dr. J. Hyde
State Bar No. 24027083
**THE J. HYDE LAW OFFICE, PLLC**
111 E. 17th Street #12015
Austin, Texas 78711
Phone: (512) 200-4080
Fax: (512) 582-8295
E-mail: jhyde@jhydelaw.com

*Attorney for Appellee*

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with opposing counsel David Rogers regarding this motion and that Mr. Rogers stated he is **NOT OPPOSED** to the relief requested herein.

*/s/ J. Hyde*

_____
Dr. J. Hyde

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to Texas Rule of Appellate Procedure 9.5 and Local Rule 4(d), a copy of Appellee's Unopposed Motion for Extension of Time to File Brief on the Merits was served on this 2nd day of March, 2015, via e-service, upon the following:

David Rogers
1201 Spyglass, Suite 100
Austin, TX 78746

*/s/ J. Hyde*

_____
Dr. J. Hyde